1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL THOMAS
   Assistant U.S. Attorney
3  COLIN M. SCOTT
   Certified Law Clerk, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2936

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   Case. No. 2:11-cr-00016 GGH
                                )
12         Plaintiff,           )   Order
                                )
13      v.                      )
                                )
14 ZAKHAR Z. ROMANSKY,          )   DATE: March 21, 2011
                                )   TIME: 9:00 a.m.
15         Defendant.           )   JUDGE: Hon. Gregory G. Hollows
   _____)
16

17      It is Hereby Ordered that the plaintiff United States of

18 America's motion to dismiss Case. No. 2:11-cr-00016 GGH is

19 GRANTED.

20      IT IS SO ORDERED.

21 Dated: March 17, 2011

22                                    /s/ Gregory G. Hollows
                                      _____
23                                    Hon. Gregory G. Hollows
                                      United States Magistrate Judge
24

25

26

27

28